**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:14-CV-01390-JSM-TBM**

MICHAEL DICKERSON, an individual,
on behalf of himself and all others similarly
situated,

    Plaintiff,                                  **CLASS ACTION**

vs.

LABORATORY CORPORATION OF
AMERICA, INC., a Delaware corporation,
d/b/a "LabCorp," and "LCA Collections,"

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Michael Dickerson, an individual, on behalf of himself and all others similarly situated, by and through his undersigned attorney, pursuant to Rule 3.08, Local Rules of the United States District Court, Middle District of Florida, hereby provides notice of the settlement of the above referenced action. Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment.

                                                       /s/ Robert W. Murphy
                                                       ROBERT W. MURPHY
                                                       Florida Bar No. 717223
                                                       1212 S.E. 2nd Avenue
                                                       Ft. Lauderdale, FL 33316
                                                       (954) 763-8660 Telephone
                                                       (954) 763-8607 Fax
                                                       Email: rphyu@aol.com and
                                                       rwmurphy@lawfirmmurphy.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Sharon Carlstedt Britton, Esquire, Phelps Dunbar LLP, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602, Robert I. Steiner, Esquire and Lauri Mazzuchetti, Esquire, 101 Park Avenue, New York, New York 10179, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/ Robert W. Murphy
      Attorney